MICHAEL C. KANE
Nevada Bar No. 10096
THE 702 FIRM
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Ph: (702) 776-3333
Fax: (702) 505-9787
E-Mail: mike@the702firm.com
*Attorney for Plaintiff*

CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
E-Mail: cpotter@potterlawoffices.com
       cj@potterlawoffices.com
*Limited Appearance Attorneys
for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVEN DELOSH,

    Plaintiff,

vs.

STATE OF NEVADA DIVISION OF PRISONERS, a Subdivision of the State of Nevada; STATE OF NEVADA DEPARTMENT OF CORRECTIONS, a subdivision of the State of Nevada; JAMES "GREG" COX, Director, Nevada Department of Corrections; ROBERT BANNISTER, D.O., individually and in his capacity as Medical Director of the Nevada Department of Corrections; DWIGHT NEVEN, individually and in his capacity as Warden of High Desert State Prison; PA GREGORY MARTIN, individually and in his capacity as Medical Officer of High Desert State Prison; PA GARY GRAHAM, individually and in his capacity as Medical Officer of High Desert State Prison; MARY EATON, R.N., individually and in her capacity as Chief Nursing Officer of Nevada

Case No.:  2:14-cv-00632-APG-GWF

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**
(First Request)

1  Department of Corrections; DR. ROMEO
   ARANAS, individually and in his capacity
2  as a Senior Physician for the State of
   Nevada; Corrections Officer MICHAEL
3  RAMOS, individually; Corrections Officer
   RANDOLPH MOYE, individually; and
4  DOES 1 through 30 and ROE
   CORPORATIONS 1through 30; DOE
5  PHYSICIANS 1 through 30; DOE NURSES
   1 through 30; DOE CORRECTIONS
6  OFFICERS 1 through 30; DOE EMPLOYEES
   1 through 30; and ROE THIRD PARTY
7  CONTRACTORS 1 through 30, inclusive,

8         Defendants.
9  _____/

## STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

### (First Request)

Pursuant to LR 6-1, Plaintiff, STEVEN DELOSH, by and through his counsel of record Michael C. Kane, Esq. of The 702 Firm and Cal J. Potter, III, Esq. and C. J. Potter, IV, Esq. of Potter Law Offices and Defendants, named above, by and through their counsel of record, Andrea R. Barraclough, Deputy Attorney General, hereby stipulate and request that the scheduled date of filing of Plaintiff's Responses to Defendants' Motion to Dismiss [doc. 42] and Motion for Summary Judgment [doc. 43] currently due on Monday, May 4, 2015 be extended fourteen (14) days, up to and including Monday, May 18, 2015.

Plaintiff submits that good cause exists for this extension as Plaintiff is in the process of retaining and associating Cal J. Potter, III, Esq. and C. J. Potter, IV, Esq. as co-counsel in this matter, but at the present time, Potter Law Offices has not had sufficient time to review this matter and/or prepare the appropriate responses.

Based upon the foregoing, the parties request that this Court order the time for the Plaintiff to file his Responses to Defendants' Motion to Dismiss [doc. 42] and Motion for Summary Judgment [doc. 43] to Monday, May 18, 2015. The parties also request that this Court provide a concomitant enlargement of time for the Defendants' Reply thereto.

2

This is the first request for enlargement of time to file the Response and first request for enlargement of time to file the Responses. This request is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 4th day of May, 2015.                DATED this 7th day of April, 2015.

THE 702 FIRM                                    OFFICE OF THE ATTORNEY GENERAL
POTTER LAW OFFICES                              ADAM PAUL LAXALT


By: /s/ C. J. Potter, IV, Esq.                  By *Andrea R. Barraclough*
MICHAEL C. KANE                                 ANDREA R. BARRACLOUGH, Dep. Attny. Gen.
Nevada Bar No. 10096                            Nevada Bar No. 9158
400 S. Seventh Street, Suite 400                Bureau of Litigation, Public Safety Division
Las Vegas, Nevada 89101                         100 N. Carson Street
*Attorney for Plaintiff*                        Carson City, NV 89701-4717
                                                *Attorneys for Defendants*
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Limited Appearance Attorneys
for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this __8__ day of May, 2015.

_____
U.S. DISTRICT COURT JUDGE